**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ALBERT T. OWENS,

    Plaintiff,

v.                                                  Case No. 3:15cv164/MCR/CJK

R. COMERFORD, et al.,

    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 15, 2015 (doc. 4), pursuant to 28 U.S.C. § 636(b)(1), and after reviewing *de novo* any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of May, 2015.

                                          *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**